UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIAS WEXLER, ZERO INTERNATIONAL REALTY CO., INC., ZERO OHIO, LLC, ZERO REALTY NC, LLC, 391 CONCORD AVENUE, INC, ZERO AMERICA LATINA, LTD., ZERO ASIA PACIFIC, LTD., and ZERO EAST, LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> ALLEGION (UK) LIMITED, ALLEGION PLC, and SCHLAGE LOCK COMPANY LLC, <br><br> Defendants. | **OPINION AND ORDER** <br><br> 16 Civ. 2252 (ER) |
| SCHLAGE LOCK COMPANY, LLC, <br><br> Counterclaimant, <br><br> - against - <br><br> ELIAS WEXLER, <br><br> Counterclaim Defendant. | |
| SCHLAGE LOCK COMPANY, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> JACOB WEXLER, and LEGACY MANUFACTURING LLC, <br><br> Defendants. | 18 Civ. 4033 (ER) |

Ramos, D.J.:

On February 29, 2016, Elias Wexler and various entities related to his former company, Zero International, Inc. ("Zero") (collectively, "Wexler"), brought suit against Allegion (UK)[1] and Schlage Lock Company (collectively, "Schlage") for several claims related to Schlage's purchase of Zero and Wexler's subsequent termination. Doc. 2-1.[2] On April 28, 2017, Wexler filed an amended complaint. Doc. 52. On April 13, 2018, Schlage answered, alleging numerous counterclaims including Wexler's breach of his non-competition agreement. Doc. 88. Separately, Schlage also filed a complaint against Wexler's son, Jacob Wexler, and his company Legacy Manufacturing LLC ("Legacy Defendants") for tortious interference and civil conspiracy on May 4, 2018. 18 Civ. 4033 Doc. 1. On August 10, 2018, the Court consolidated the two cases. Doc. 103.

Pending before the Court are Wexler's and the Legacy Defendants' motions to compel Schlage to respond to several of their discovery demands and for a protective order to prevent Wexler and the Legacy Defendants from having to respond to several of Schlage's discovery demands. Docs. 129, 132. In support of both motions, Wexler provides appendices and, in opposition, Schlage requests permission to file responsive appendices. Docs. 145 at 25, 148 at 24-25. Accordingly, Schlage is directed to file responsive appendices by **August 14, 2020**.

SO ORDERED.

Dated:   August 12, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.

---

[1] Claims against Allegion plc were dismissed on March 30, 2018 for lack of personal jurisdiction. Doc. 87.

[2] Unless otherwise noted, all citations to the record are to documents filed on the 16 Civ. 2252 docket.