UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIAS WEXLER, ZERO INTERNATIONAL REALTY CO., INC., ZERO OHIO, LLC, ZERO REALTY NC, LLC, 391 CONCORD AVENUE, INC, ZERO AMERICA LATINA, LTD., ZERO ASIA PACIFIC, LTD., and ZERO EAST, LTD., <br><br>      Plaintiffs, <br><br>- against - <br><br>ALLEGION (UK) LIMITED, ALLEGION PLC, and SCHLAGE LOCK COMPANY LLC, <br><br>      Defendants. | **ORDER** <br><br> 16 Civ. 2252 (ER) |
| SCHLAGE LOCK COMPANY, LLC, <br><br>      Counterclaimant, <br><br>- against - <br><br>ELIAS WEXLER, <br><br>      Counterclaim Defendant. | |
| SCHLAGE LOCK COMPANY, LLC, <br><br>      Plaintiff, <br><br>- against - <br><br>JACOB WEXLER, and LEGACY MANUFACTURING LLC, <br><br>      Defendants. | 18 Civ. 4033 (ER) |

Ramos, D.J.:

This case arises out of Elias Wexler's sale of his former company, Zero International, Inc., to Allegion (UK) and its subsidiary, Schlage Lock Company (collectively, "Schlage"). Schlage subsequently filed counterclaims against Wexler, and a separate lawsuit against his son Jacob Wexler and Jacob's company Legacy Manufacturing LLC (the "Legacy Defendants"). The Court otherwise assumes the parties' familiarity with the factual and procedural background of this case.

On August 25, 2020, the Court issued its Opinion and Order ("Opinion") granting in part and denying in part Wexler and the Legacy Defendants' motions to compel discovery and for a protective order. Doc. 159. Because portions of the motions had been filed under seal, the Court filed the Opinion under seal and directed the parties to inform the Court of any necessary redactions before the Opinion was published on the public docket. *Id.* The parties have now determined that the Opinion can be made public in its entirety. Accordingly, the Court directs the Clerk of Court to unseal the Opinion, Doc. 159.

SO ORDERED.

Dated:   September 2, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.