UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS WEXLER, ZERO INTERNATIONAL REALTY CO., INC., ZERO OHIO, LLC, ZERO REALTY NC, LLC, 391 CONCORD AVENUE, INC., ZERO AMERICA LATINA, LTD., ZERO ASIA PACIFIC, LTD., and ZERO EAST, LTD.,

                Plaintiffs,

- against -

ALLEGION (UK) LIMITED, ALLEGION PLC, and SCHLAGE LOCK COMPANY, LLC,

                Defendants.

SCHLAGE LOCK COMPANY, LLC

                Counterclaimant,

- against -

ELIAS WEXLER,

                Counterclaim Defendant.

SCHLAGE LOCK COMPANY LLC,

                Plaintiff,

v.

JACOB WEXLER and LEGACY MANUFACTURING LLC,

                Defendants.

**MEMO ENDORSED**

Hon. Edgardo Ramos
Docket No.: 1:16-cv-02252

Allegion (UK) Limited and Schlage Lock Company, LLC are directed to respond to the Wexler Parties' motion, Docs. 161 and 162, by September 16, 2020.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 9/9/2020
New York, New York

Hon. Edgardo Ramos
Docket No.: 1:18-cv-04033 ER

ECF Case

**NOTICE OF MOTION FOR CLARIFICATION
AND RECONSIDERATION OR REARGUMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of the Wexler Parties' Motion for Clarification and Reconsideration or Reargument, the

undersigned will move this Court before The Honorable Edgardo Ramos, United States District Judge, located at 40 Foley Square, New York, NY 10007, as soon as counsel may be heard, for an Order, pursuant to Rules 60(a) and 59(e) of the Federal Rules of Civil Procedure and Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York, for (i) clarification or, in the alternative, reconsideration or reargument of that part of the Court's August 25, 2020 Opinion and Order ("Opinion") (Dkt. No. 159) denying the Wexler Parties' motion for a protective order as to Elias Wexler's personal tax returns, and (ii) reconsideration or reargument of that part of the Opinion denying the Wexler Parties' motion to compel documents and communications concerning AAA Architectural Hardware and Elias Wexler, Jacob Wexler, or Legacy Manufacturing LLC.

Dated: New York, New York
September 8, 2020

KASOWITZ BENSON TORRES LLP

By: /s/ Sondra D. Grigsby
   Michael Paul Bowen
   Sondra D. Grigsby

1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax: (212) 506-1800
mbowen@kaswoitz.com
sgrigsby@kasowitz.com
*Attorneys for the Wexler Parties*

cc: Mark Diana, Esq. (via ECF)
    Robin Koshy, Esq. (via ECF)
    *Attorneys for Allegion (UK) Limited and Schlage Lock Company, LLC*