UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIAS WEXLER, ZERO INTERNATIONAL REALTY CO., INC., ZERO OHIO, LLC, ZERO REALTY NC, LLC, 391 CONCORD AVENUE, INC, ZERO AMERICA LATINA, LTD., ZERO ASIA PACIFIC, LTD., and ZERO EAST, LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> ALLEGION (UK) LIMITED, ALLEGION PLC, and SCHLAGE LOCK COMPANY LLC, <br><br> Defendants. | **OPINION AND ORDER** <br><br> 16 Civ. 2252 (ER) |
| SCHLAGE LOCK COMPANY, LLC, <br><br> Counterclaimant, <br><br> - against - <br><br> ELIAS WEXLER, <br><br> Counterclaim Defendant. | |
| SCHLAGE LOCK COMPANY, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> JACOB WEXLER, and LEGACY MANUFACTURING LLC, <br><br> Defendants. | 18 Civ. 4033 (ER) |

2

<u>Ramos, D.J.</u>:

On March 3, 2021, the Court granted the motion by Kasowitz Benson Torres LLP and attorney Sondra Grigsby to withdraw as attorneys for the Wexler Parties.  Doc. 171.  The Court also stayed the case until March 31, 2021 while the Wexler Parties secured new counsel.  *Id.*  On April 5, 2021, attorney Allan J. Berlowitz filed a notice of appearance on behalf of the Wexler Parties.  Doc. 174.

Accordingly, the Clerk is respectfully directed to lift the stay.

SO ORDERED.

Dated:   April 6, 2021
         New York, New York

_____
Edgardo Ramos, U.S.D.J.