UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS WEXLER, ZERO INTERNATIONAL
REALTY CO., INC., ZERO OHIO, LLC, ZERO
REALTY NC, LLC, 391 CONCORD AVENUE,
INC, ZERO AMERICA LATINA, LTD., ZERO
ASIA PACIFIC, LTD., and ZERO EAST, LTD.,

                                        Plaintiffs,

                - against -

ALLEGION (UK) LIMITED, ALLEGION PLC,
and SCHLAGE LOCK COMPANY LLC,

                                        Defendants.

                                                                    **<u>ORDER</u>**

                                                                    16 Civ. 2252 (ER)

SCHLAGE LOCK COMPANY, LLC,

                                        Counterclaimant,

                - against -

ELIAS WEXLER,

                                        Counterclaim
Defendant.

SCHLAGE LOCK COMPANY, LLC,

                                        Plaintiff,

                - against -

JACOB WEXLER, and LEGACY
MANUFACTURING LLC,

                                        Defendants.

                                                                    18 Civ. 4033 (ER)

Ramos, D.J.:

On August 25, 2020, the Court denied in part and granted in part motions by the Plaintiffs and the Legacy Defendants (collectively, the "Wexler Parties") to compel Schlage's response to certain discovery requests, and for a protective order, in the two related cases captioned above.  Doc. 159.[1]  On September 8, 2020, the Wexler Parties moved for reconsideration of certain parts of the Court's opinion.  Doc. 161; Doc. 47 in No. 18 Civ. 4033.  On March 31, 2021, the Court denied the Wexler Parties' motion. Doc. 173.  The Clerk is therefore respectfully directed to terminate Doc. 47, the motion in related case No. 18 Civ. 4033.

It is SO ORDERED.

Dated:    August 17, 2021
          New York, New York

_____
Edgardo Ramos, U.S.D.J.

---

[1] Unless otherwise noted, all citations to the record are to documents filed on the 16 Civ. 2252 docket.  The corresponding document on the 18 Civ. 4033 docket is Doc. 45.