

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletreedeakins.com

## MEMO ENDORSED

Robin Koshy, Esq.
robin.koshy@ogletreedeakins.com

March 18, 2022

**VIA ECF**
Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

> The application for an extension of time and for additional pages is granted. Schlage's motion is due April 6, 2022; Wexler parties' response is due April 27, 2022; reply is due May 4, 2022.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 03/18/2022
> New York, New York

RE:  *Wexler, et al. v. Allegion (UK) Limited, et al.,* No.: 1:16-cv-02252 (ER)
     *Schlage Lock Company LLC v. Wexler, et al.,* No.: 1:18-cv-04033 (ER)

Dear Judge Ramos:

      We represent Schlage Lock Company LLC ("Schlage") in the above-referenced actions. On February 23, 2022, the parties appeared before Your Honor for a discovery conference. At that time, Your Honor granted Schlage permission to file a motion for spoliation based on the Wexler Parties deleting several email boxes. Schlage's motion is currently due on March 23, 2022. Schlage respectfully requests: (1) a two week extension of time to file its motion; and (2) permission to file an over-length brief. Counsel for the Wexler Parties consent to both of these requests.

      Since the February 23 conference, Schlage has been diligently preparing its spoliation motion. However, the undersigned counsel for Schlage was unavailable for approximately one week due to sickness. Moreover, Schlage recently obtained voluminous documents from GoDaddy, Legacy's email provider, in response to a third-party subpoena. The GoDaddy documents are highly relevant to the forthcoming spoliation motion and Schlage needs additional time to review those documents, confer with its forensic expert on the use of those documents in the motion, and prepare a certification for its forensic expert to be submitted with the motion. Accordingly, Schlage respectfully requests a two-week extension of time to file its motion. Schlage has not previously sought an extension of this deadline.

      In addition, Schlage respectfully requests permission to file a 35-page moving brief in support of its motion. The forthcoming motion discusses three separate mailboxes that have been deleted by the Wexler Parties: Dinu Vlad, Paul Popov, and Dan Brady. To support its motion, it is necessary to provide the factual circumstances surrounding the creation and deletion of each mailbox, and a legal analysis for each mailbox, which unfortunately requires additional pages to fully explain. For this reason, Schlage respectfully requests permission to file an over-length brief of 35 pages.

A South Carolina Professional Corporation ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Honorable Edgardo Ramos, U.S.D.J.
March 18, 2022
Page 2



Thank you for Your Honor's consideration of this request.

                                    Respectfully submitted,

                                    **OGLETREE, DEAKINS, NASH,**
                                    **SMOAK & STEWART, P.C.**
                                    *Attorneys for Schlage Lock Company, LLC*

                                    */s Robin Koshy*

cc:    All counsel of record (via ECF)