**Ogletree Deakins**

MEMO ENDORSED

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletreedeakins.com

Robin Koshy, Esq.
robin.koshy@ogletreedeakins.com

April 6, 2022

**VIA ECF**
Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

> The application for leave to file under seal is granted.
>
> SO ORDERED.    _____
> Edgardo Ramos, U.S.D.J.
> Dated: 04/06/2022
> New York, New York

RE:   *Wexler, et al. v. Allegion (UK) Limited, et al.,* No.: 1:16-cv-02252 (ER)
       *Schlage Lock Company LLC v. Wexler, et al.,* No.: 1:18-cv-04033 (ER)

Dear Judge Ramos:

We represent Schlage Lock Company LLC ("Schlage") in the above-referenced actions. On April 6, 2022, Schlage filed a Motion for Sanctions against the Wexler Parties. However, certain documents attached as exhibits to the Motion have been marked as "Confidential" or "Attorneys Eyes Only" by the Wexler Parties. Accordingly, pursuant to the S.D.N.Y. Local Rules and the S.D.N.Y ECF Rules and Instructions, Schlage writes to respectfully request permission to file the following documents under seal (which have not yet been filed):

1. Certification of Thomas Rattay, Esq.; and

2. Certification of Jon Kessler.

Schlage will file these documents under seal on ECF with the viewing level of "Selected Parties" and then upload a redacted copy to ECF as well. Schlage will also provide the Court, and opposing counsel, with a courtesy copy of the un-redacted motion papers. Although Schlage does not believe any of the documents marked as "Confidential" or "Attorneys Eyes Only" by the Wexler Parties warrant confidential treatment, we are filing this request pursuant to the terms of the Protective Order in this matter and to allow the Wexler Parties to explain why the documents they marked as confidential should remain under seal.[1]

---

[1] Schlage served a third party subpoena to GoDaddy, a provider of email services. GoDaddy's response, which is attached to the Kessler Certification, was marked as confidential. GoDaddy advises that the documents they marked as confidential "contain confidential, proprietary, trade secret, and/or private information that warrants special protection from public disclosure" and as such, requests that their documents be filed under seal. See https://www.godaddy.com/legal/agreements/subpoena-policy.

A South Carolina Professional Corporation ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Honorable Edgardo Ramos, U.S.D.J.

April 6, 2022
Page 2



Thank you for Your Honor's consideration of this letter.

        Respectfully submitted,

        **OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys for Schlage Lock Company, LLC*

        */s Robin Koshy*

cc:   All counsel of record (via ECF)