UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELIAS WEXLER, et al,

                Plaintiffs,

      -against-

ALLEGION (UK) LIMITED, et al,

                Defendants.
-----------------------------------------------------------------X

SCHLAGE LOCK COMPANY, LLC,

                Plaintiff,

      -against-

JACOB WEXLER, et al,

               Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-CV-2252 (ER) (JW)**
**18-CV-4033 (ER) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on April 11, 2022 for settlement. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) and provide three mutually agreeable dates for a settlement conference by **April 22, 2022**. Proposed dates should be in the last two weeks of May.

      SO ORDERED.

DATED:    New York, New York
              April 18, 2022

                                                *Jennifer E. Willis*
                                             JENNIFER E. WILLIS
                                             United States Magistrate Judge