UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIAS WEXLER, et al,

                              Plaintiffs,                **ORDER**

            -against-                          **16-CV-2252 (ER) (JW)**
                                                                **18-CV-4033 (ER) (JW)**
ALLEGION (UK) LIMITED, et al,

                              Defendants.
------------------------------------------------------------------X
SCHLAGE LOCK COMPANY, LLC,

                              Plaintiff,

            -against-

JACOB WEXLER, et al,

                              Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       If the parties think it would be helpful to have a second settlement conference, the parties should contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **June 23, 2022**.  Proposed dates should be in the first three weeks of July.

       SO ORDERED.

DATED:    New York, New York
               June 16, 2022

                                                     _____
                                                       JENNIFER E. WILLIS
                                                      United States Magistrate Judge