UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELIAS WEXLER, et al,

                              Plaintiffs,             **ORDER**

       -against-                                   **16-CV-2252 (ER) (JW)**
                                                        **18-CV-4033 (ER) (JW)**
ALLEGION (UK) LIMITED, et al,

                              Defendants.
-------------------------------------------------------------------X
SCHLAGE LOCK COMPANY, LLC,

                              Plaintiff,

       -against-

JACOB WEXLER, et al,

                              Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      If the parties think it would be helpful to have a second settlement conference, the parties should contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **August 16, 2022**.  Proposed dates should be in the second and third weeks of September.

      SO ORDERED.

DATED:    New York, New York
               August 10, 2022

                                                                   *[signature]*
                                                               JENNIFER E. WILLIS
                                                              United States Magistrate Judge