UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELIAS WEXLER, et al,

                        Plaintiffs,                    **ORDER**

         -against-                             **16-CV-2252 (ER) (JW)**
                                                   **18-CV-4033 (ER) (JW)**
ALLEGION (UK) LIMITED, et al,

                        Defendants.
-------------------------------------------------------------------X
SCHLAGE LOCK COMPANY, LLC,

                        Plaintiff,

         -against-

JACOB WEXLER, et al,

                        Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **September 21, 2022 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties shall send chambers via e-mail a joint status letter no longer than three pages by **September 14, 2022** detailing any developments in the parties' settlement discussions and anything the parties would like the Court to know that was not stated in the parties' initial pre-settlement conference letters.

      SO ORDERED.

DATED:    New York, New York
                August 17, 2022

                                                                 _____
                                                                JENNIFER E. WILLIS
                                                                 United States Magistrate Judge